**U.S. DISTRICT COURT**

**EIGHTH JUDICIAL DISTRICT**

**STATE OF MINNESOTA**

---

Leroy Paulson,

Plaintiff,

vs.

Plainfield Trucking, Inc.,

Defendant.

**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE AND EXTENSION OF EXPERT DISCLOSURE DEADLINE**

Civ. No. 01-CV-01474

---

The parties in the above-entitled action hereby stipulate and agree that the discovery deadline and the expert disclosure deadline shall be extended as follows:

1. That Plaintiff's expert disclosure of medical witnesses shall be made on or before September 1, 2002. As of this date, the Plaintiff's expert medical witnesses consist of Dr. Prosapio and Dr. LaPrade. If either of these two doctors refer or recommend treatment by a different doctor, the parties stipulate that Plaintiff shall be allowed to include said expert medical witness as long as the disclosure is made on or before September 1, 2002.

2. That Defendant's damages expert disclosures shall be made on or before November 1, 2002.

3. That the period during which parties may conduct discovery with respect to these medical or damages witnesses shall terminate on December 1, 2002.

4. All other scheduling deadlines shall remain in place.

The parties stipulate and agree that the above-listed extensions are necessary as to allow Plaintiff the opportunity to reach maximum medial improvement and to obtain final reports

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ______
DEPUTY CLERK JH

from Plaintiff's treating physicians.

Dated this 5/13/02 day of May, 2002.

BY: ______________________

Steven M. Fuller # 32670
Jason D. Pederson #0302958
Attorneys for Plaintiff
514 America Avenue
P.O. Box 880
Bemidji, MN 56619
(218) 751-2221

Dated this 15 day of May, 2002.

BY: ______________________

Daniel A. Haws #1936501
Stacy E. Cudd #267181
Attorneys for Defendant
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

Pursuant to the Stipulation for Extension of Discovery Deadline and Extension of Expert Disclosure Deadline, it is hereby ordered that the Court ordered deadline for discovery and expert disclosures will be as set forth above.

Raymond L. Erickson

Magistrate Judge Erickson

May 20, 2002