UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Leroy Paulson,

Plaintiff,

vs. ORDER

Plainfield Trucking, Inc.,

Defendant. Civ. No. 01-1474 (RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 16th day of April, 2003.

* * *

This matter came before the undersigned United States Magistrate Judge upon the parties' joint Motion for an Order bifurcating the Trial of the liability issues, from the Trial of damages. A Hearing on the Motion was conducted on April 16, 2003, at which time the Plaintiff appeared by Jason D. Peterson, Esq., and the Defendant appeared by Daniel A. Haws, Esq. Finding no cause to grant the bifurcation, we deny the joint Motion.

The parties are desirous of reducing the uncertainties in this action by trying the liability issues first and, if the Defendant is found liable, allowing the parties to engage in settlement discussions. While a reduction in uncertainty is salutary, the undue expense caused by bifurcation is unacceptable. The parties

24

FILED APR 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

advance no basis to conclude that, absent bifurcation, prejudice will befall either party, nor have they persuasively demonstrated that an Order of Bifurcation would enhance the prospect of settlement. Some cases are more apt to settle when the liability of a party is remote, and the damages are potentially large. Whether that should be the case here, we are presently unable to say, but bifurcation will not prompt a settlement that could not otherwise be reached.

NOW, THEREFORE, It is --

ORDERED:

That the parties' joint Motion to bifurcate the issues of liability and damages [Docket No. 23] is DENIED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE