UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

Leroy Paulson,

Plaintiff,

vs. ORDER

Plainfield Trucking, Inc.,

Defendant. Civ. No. 01-1474(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of April, 2003.

* * *

On October 31, 2002, this Court entered a Pretrial Schedule pursuant to the Pretrial Conference held on October 31, 2002, wherein, among other things, discovery would terminate on August 1, 2002. On May 15, 2002, the parties submitted a Stipulation to the Court for an Extension of Discovery Deadline and Extension of Expert Disclosure Deadline, so that the Plaintiff would be allowed the opportunity to reach maximum medical improvement and to obtain final reports from the Plaintiff's treating physicians. The undersigned approved said Stipulation on May 15, 2002. Paragraph 4 of said Stipulation reads as follows:

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> "4. All other scheduling deadlines shall remain in place."

On April 30, 2003, the Court received correspondence from Ms. Stacey E. Cudd, counsel for the Defendant, dated April 25, 2003. In the correspondence, she indicated that "...the parties have agreed to extend discovery in this case for three (3) months. The parties agree that they will be ready for a trial this fall...."

Paragraph I of the Pretrial Order dated October 31, 2002, gave a discovery termination date of August 1, 2002, which was later amended pursuant to Stipulation, also states as follows:

> "No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and agreements between counsel which contravene the provisions of this Schedule will not be recognized...."

The correspondence of April 30, 2003, whereby counsel have agreed to a three months extension for discovery, does not seek leave of the Court, nor has good cause for another extension been demonstrated. This case will be Certified Ready for Trial, and the agreement of counsel to extend discovery in this matter for three months, will not be recognized.

THEREFORE, It is -

ORDERED:

1. That all parties are hereby notified that the above-entitled case is "Ready for Trial."

2. That, the above-entitled case being deemed Ready for Trial, a Rule 16 Pretrial/Status Conference is scheduled for **Monday, May 19, 2003, at 9:30 a.m.,** before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE