UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1474 (RLE)

LEROY PAULSON

Plaintiff,

vs.

PLAINFIELD TRUCKING, INC.

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

and
ORDER

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that said action may be dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 12/22/03.

**FULLER WALLNER CAYKO & PEDERSON**

Jason D. Pederson #0302958
514 America Avenue
P.O. Box 880
Bemidji, MN 56619 0880
(218) 751-2285
Attorneys for Plaintiff

Dated: 12/18/03.

**MURNANE, CONLIN, WHITE & BRANDT**

Daniel A. Haws #193501
444 Cedar Street
Suite 1800
St. Paul, MN 55101
(651) 227-9411
Attorneys for Defendant



dH

**ORDER**

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated this 24th day of December, 2003.

BY THE COURT:

Raymond L. Erickson

United States ~~District Court~~ Judge
MAGISTRATE

582331